Dismissed and Memorandum Opinion filed April 20, 2006









Dismissed and Memorandum Opinion filed April 20, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00196-CV

____________

 

IN THE INTEREST OF A.A.C., S.Y.R,
and J.J.R., Minor Children

 

 



 

On Appeal from the
245th District Court

Harris  County, Texas

Trial Court Cause
No.
06-07559

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from the denial of an
injunction signed February 6, 2006.  On
April 10, 2006, appellant Lori Hoops filed a notice of nonsuit,
asserting that she no longer desires to prosecute this suit.  We construe the notice as a motion to dismiss
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 20, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Guzman.